KENNETH S. GAINES, ESQ. SBN 049045
DANIEL F. GAINES, ESQ. SBN 251488
ALEX P. KATOFSKY, ESQ. SBN 202754
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

JS - 6

Attorneys for Plaintiff Lee Cheifer, on behalf of himself and all others similarly situated, and on behalf of the general public

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CHEIFER, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: CV 11-00822 SJO (PLAx)<br><br>**ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Removed from State Court: January 28, 2011<br><br>`cc: order, docket, remand letter to Los Angeles Superior Court No. BC 451887` |

## ORDER

For good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED:**

DATED: February 18, 2011     By: _S. James Otero_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT